TIMOTHY J. DONAHUE, Bar No. 110501
LAW OFFICE OF TIMOTHY J. DONAHUE
374 South Glassell Street
Orange, CA 92866
Telephone: 714.289.2445
Facsimile: 714.289.2450
E-mail: tdonahue@attorneydonahue.com

JS-6

Attorneys for Plaintiff
RAMIRO VASQUEZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| RAMIRO VASQUEZ,<br><br>    Plaintiffs,<br><br>v.<br><br>GEM FAIRE, INC., STEVEN E. SMALL and DOES 1 through 10, inclusive,<br><br>    Defendants. | CASE NO. SACV 11-00267 JVS(RZx)<br><br>Assigned To:<br>Honorable James V. Selna<br><br>**ORDER OF DISMISSAL** |

It appearing to the court, based upon the signature of counsel for plaintiff RAMIRO VASQUEZ and the defendants GEM FAIRE, INC. and STEVEN E. SMALL that they have reached a compromise settlement as regards all claims of action of the above plaintiff against said defendants, and it further appearing that, based upon the signature of respective counsel, the plaintiff, RAMIRO VASQUEZ, wishes to enter into such compromise settlement and dismiss his causes of action against the defendants GEM FAIRE, INC. and STEVEN E. SMALL.

IT IS THEREFORE SO ORDERED, ADJUDGED, AND DECREED that all claims of action of the plaintiff RAMIRO VASQUEZ against GEM FAIRE,

-1-

1 | INC. and STEVEN E. SMALL. as identified within plaintiff's Complaint are hereby
2 | dismissed with prejudice.
3 |       IT IS SO ORDERED AND ENTERED this 26th day of April, 2012.

6 | Dated: April 27, 2012           _____
7 |                                             James V. Selna
8 |                                     United States District Judge

9 | APPRROVED FOR ENTRY:

11 | _____
    Timothy J. Donahue
    Attorney for Plaintiffs,
12 | RAMIRO VASQUEZ

14 | _____
    Jon G. Miller
    Attorneys for defendants,
15 | GEM FAIRE, INC. and STEVEN E. SMALL